UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br>       Plaintiff(s),<br>v.<br>DR. BRYAN, et al.,<br>       Defendant(s). | Case No.: 2:18-cv-01593-GMN-NJK<br><br>**ORDER**<br><br>[Docket Nos. 25, 26] |

Pending before the Court are Plaintiff's motion for an extension of time to serve Defendants Romeo Aranas and Marie Cervas ("Defendants") and Plaintiff's motion to compel disclosure of Defendants' last known addresses. Docket Nos. 25, 26. The motions are properly resolved without a hearing. *See* Local Rule 78-1. For the reasons discussed below, the motion to extend the time to serve Defendants is **GRANTED**, and the motion to compel disclosure of Defendants' last known addresses is **DENIED** as moot.

**I.   Motion to Extend Time for Service**

Where good cause is shown, the time for serving the complaint is extended for an appropriate period. *See* Fed.R.Civ.P. 4(m). The motion establishes sufficient cause to extend the time for effectuating service on Defendants to November 13, 2020.

**II.  Motion to Compel Disclosure of Defendants' Last Known Addresses**

Plaintiff also requests Defendants' last known addresses to effectuate service. Defendants' last-known addresses were already filed under seal, and Plaintiff was given notice of that filing. *See* Docket Nos. 14, 15. In addition, the Court has previously issued an order providing instructions to Plaintiff regarding service on these defendants. *See* Docket No. 12. Thus,

1

Plaintiff's motion to compel disclosure of Defendants' last known addresses will be denied as moot.

### III.  Conclusion

Accordingly, the Court **GRANTS** Plaintiff's motion to extend the deadline to effectuate service on Defendants, and **DENIES** as moot Plaintiff's motion to compel disclosure of Defendants' last known addresses.  Docket Nos. 25, 26.  The deadline to serve Defendants is extended to November 13, 2020.

IT IS SO ORDERED.

Dated: October 14, 2020

_____
Nancy J. Koppe
United States Magistrate Judge