# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHANNON CARTER,

    Plaintiff,

v.

DR. BRYAN, et al.,

    Defendants.

Case No.: 2:18-cv-01593-GMN-NJK

**ORDER**

[Docket No. 30]

    Pending before the Court is Plaintiff's second motion for an extension of time to serve Defendants Romeo Aranas and Marie Cervas ("Defendants"). Docket No. 30. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

    Plaintiff requests an extension of time to effectuate service on Defendants until Defendants' last-known addresses are filed under seal. Docket No. 30 at 1. On October 14, 2020, the Court issued an order extending the time for Plaintiff to serve Defendants and denying Plaintiff's motion to compel disclosure of Defendants' last-known addresses. The Court found that Defendants' last-known addresses were already filed under seal, and that Plaintiff was given notice of that filing. *See* Docket Nos. 14, 15. The Court further found that Plaintiff was previously provided instructions regarding service on these defendants. *See* Docket No. 12. However, the docket shows that Plaintiff was transferred to the Lovelock Correctional Center after the Court issued its order. Docket No. 28. Therefore, in an abundance of caution, the Court will extend the time for effectuating service on Defendants to January 14, 2021.

    Accordingly, the Court **GRANTS** Plaintiff's motion to extend the deadline to effectuate service on Defendants. Docket No. 30. The deadline to serve Defendants is extended to January

1

14, 2021.  The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of this order and the Court's orders at Docket Nos. 12, 15, and 27.  No further extensions will be granted.

IT IS SO ORDERED.

Dated: December 15, 2020

Nancy J. Koppe
United States Magistrate Judge