# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br>     Plaintiff,<br>v.<br>DR. BRYAN, et al.,<br>     Defendants. | Case No. 2:18-cv-01593-GMN-NJK<br>**ORDER**<br>[Docket No. 47] |

Pending before the Court is Defendants' unopposed status report. Docket No. 47. Defendants submit that, after conferring with Plaintiff by telephone on June 8, 2021, the parties determined that it would be productive to engage in further settlement discussions. *Id.* at 2.

For the reasons stated in the status report, the Court **ORDERS** that, no later than July 15, 2021, the parties must file either a stipulation of dismissal or an amended joint proposed discovery plan.

IT IS SO ORDERED.

Dated: June 15, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1