# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br>  Plaintiff,<br>v.<br>DR. BRYAN, et al.,<br>  Defendants. | Case No. 2:18-cv-01593-GMN-NJK<br>**ORDER**<br>[Docket No. 49] |

Pending before the Court is Defendants' motion to extend the deadline for filing a stipulation of dismissal or amended joint proposed discovery plan. Docket No. 49. No response is needed. The motion is properly resolved without a hearing. *See* LR 78-1.

For good cause shown, Defendants' motion for an extension, Docket No. 49, is hereby **GRANTED**. No later than July 30, 2021, the parties must file either a stipulation of dismissal or amended joint proposed discovery plan.

IT IS SO ORDERED.

Dated: July 16, 2021

                _____
                Nancy J. Koppe
                United States Magistrate Judge