# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>DR. BRYAN, et al.,<br><br>    Defendants. | Case No. 2:18-cv-01593-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 56] |

Pending before the Court is Defendants' status report, requesting an extension of time to file either a stipulation of dismissal or an amended joint proposed discovery plan. Docket No. 56. A request for a court order must be made by motion or stipulation, not by status report. Nonetheless, under these circumstances, the Court will consider the request.

For good cause shown, the Court grants the request and hereby **ORDERS** the parties to file either a stipulation of dismissal or an amended joint proposed discovery plan, no later than August 27, 2021.

IT IS SO ORDERED.

Dated: August 2, 2021

                                                            Nancy J. Koppe<br>
                                                          United States Magistrate Judge