# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br>       Plaintiff,<br>v.<br>DR. BRYAN, et al.,<br>       Defendants. | Case No.: 2:18-cv-01593-GMN-NJK<br><br>**ORDER** |

On August 2, 2021, the Court ordered the parties to file either a stipulation of dismissal or amended joint proposed discovery plan, no later than August 27, 2021. Docket No. 57. The parties have failed to comply. *See* Docket.

The Court **ORDERS** the parties to file either a stipulation of dismissal or an amended joint proposed discovery plan, no later than **August 31, 2021**. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: August 30, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE