UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER,<br>　　　Plaintiff,<br>v.<br>DR. BRYAN, et al.<br>　　　Defendants. | Case No. 2:18-cv-01593-GMN-NJK<br>**Order**<br>[Docket No. 65] |

Pending before the Court is the Defendants' unopposed motion for an extension of time to file either a stipulation of dismissal or an amended joint discovery plan. Docket No. 65. This is Defendants' third request for an extension of time, and was filed after the deadline expired. "A request [for an extension] made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect." Local Rule IA 6-1(a).

The Court does not find excusable neglect exists to support an extension. The Court notes that the deadline for which Defendants now seek an extension was a date specifically requested by Defendants. *See* Docket No. 56, 57. Even then, Defendants failed to comply with the Court's reset deadline of August 27. *See* Docket No. 64. Accordingly, the motion to extend time is **DENIED** without prejudice. The Court **ORDERS** the parties to file either a stipulation of dismissal or amended joint discovery plan, no later than **September 7, 2021**. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.** Because of the previously granted extensions and failure to comply with Court deadlines, **NO FURTHER EXTENSIONS WILL BE GRANTED.**

　　　IT IS SO ORDERED.

　　　Dated: September 2, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1